IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re GEORGE MARTIN, H-90626,

Plaintiff.

_____

No. C 14-1955 CRB (PR)

ORDER OF DISMISSAL

On April 29, 2014, the clerk filed as a new prisoner action a letter by plaintiff complaining of improper medical care at Salinas Valley State Prison. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 30 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  June 2, 2014                    _____
                                        CHARLES R. BREYER
                                        United States District Judge

G:\PRO-SE\CRB\CR.14\Martin, G.14-1955.dsifp.wpd